IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FELICIA SMITH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 08-00383-CG-B** |
| | : | |
| **DISPOSALL, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Defendant's motion to dismiss (Doc. 17) is hereby **DENIED**.  Disposall, Inc.'s answer to the plaintiff's amended complaint (Doc. 6) shall be filed on or before **August 3, 2009.**

**DONE and ORDERED** this 20th day of July 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE