# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **FELICIA SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 08-0383-CG-B |
| | ) |
| **DISPOSALL, INC.,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered on March 30, 2010, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant Disposall, Inc., and against plaintiff Felicia Smith.  Therefore, all plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**.  Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 30th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE